UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MARSHALL JACKSON,

    Plaintiff,

v.                                              CASE NO. 3:21cv132-MCR-HTC

MARK INCH,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 9, 2021. ECF No. 14. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This matter is DISMISSED as frivolous, malicious, and for failing to state a claim.

(3) All pending motions are DENIED as Moot.

(4) The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of March 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv132-MCR-HTC